STEVEN H. BURKE, ESQ.
Nevada Bar No. 14037
LAW OFFICE OF STEVEN H. BURKE, LLC
D.B.A. THE 808 FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
T: 702-793-4369 | F: 702-793-4301
Email: stevenburkelaw@gmail.com

*Attorney for Plaintiff Chad Bourne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD BOURNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROOKIES INC., D/B/A ROOKIE'S SPORTS BAR AND GRILL; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No.  No. 3-22-cv-00521-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANT, ROOKIES INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Chad Bourne ("Plaintiff" or "Mr. Bourne") and Defendant Rookies Inc., d/b/a Rookie's Sports Bar and Grill ("Defendant" or "Rookies") (collectively referred to as the "Parties"), by and through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(A)(1):

1. An order shall be entered dismissing this action, and each and all of the claims, any counter-claims, and causes of action asserted herein, with prejudice;

2. All outstanding hearings and deadlines shall be vacated; and

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

| | |
|---|---|
| LAW OFFICE OF STEVEN H. BURKE, LLC | JACKSON LEWIS P.C. |
| */s/ Steven H. Burke* | */s/ Joshua A. Sliker* |
| Steven H. Burke, Esq. | Joshua A. Sliker, Esq. |
| Nevada Bar No. 14037 | Nevada Bar No. 12493 |
| 9205 W. Russell Road, Suite 240 | 300 S. Fourth Street, Ste. 900 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

### ORDER

**IT IS ORDERED** that this action, including all claims, counter-claims, and causes of action asserted therein, are dismissed with prejudice;

**IT IS FURTHER ORDERED** that all outstanding hearings and deadlines are vacated; and

**IT IS FURTHER ORDERED** that each party shall bear their own attorneys' fees and costs associated with this action; and

**IT IS SO ORDERED.**

DATED: __January 16__, 2024.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing **STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANT ROOKIES INC. WITH PREJUDICE** was made on this _____ day of January, 2024 in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Rule 4-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

                                           _/s/ *Steven H. Burke*_____
                                           An Employee of Law Office of Steven H. Burke



Steven Burke <stevenburkelaw@gmail.com>

# Chad Bourne v. Rookies, Inc.
2 messages

**Steven Burke** <stevenburkelaw@gmail.com>  Fri, Jan 12, 2024 at 10:28 AM
To: "joshua.sliker@jacksonlewis.com" <Joshua.Sliker@jacksonlewis.com>

Josh,

Please let me know if I have your authority to affix your electronic signature to the attached proposed Stip. and Order of Dismissals in the above referenced case.

Thank you,

**Steven H. Burke, Esq.**
Law Office of Steven H. Burke, LLC
d/b/a The 808 Firm
9205 W. Russell Rd., Ste. 240
Las Vegas, NV 89148
Tel. (702) 793-4369
Fax (702) 793-4301

*CONFIDENTIALITY NOTICE: This message is covered by the Electronic Communications Privacy Act, Title 18, USC §§ 2510-2521. This e-mail may contain confidential information that is legally privileged. If you have received the contents of this e-mail in error, please notify us immediately by replying to the e-mail or by telephone at (702)793-4369 and destroy the original transmission and any attachments without reading or saving the transmission in any manner. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.*

**2 attachments**

 **SAO Dismissal with Prejudice_Bourne.pdf**
159K

 **SAO_Dismissal_Bourne.pdf**
120K

**Sliker, Joshua A. (Las Vegas)** <Joshua.Sliker@jacksonlewis.com>  Fri, Jan 12, 2024 at 12:07 PM
To: Steven Burke <stevenburkelaw@gmail.com>
Cc: "Chandler, Kelley (Las Vegas)" <Kelley.Chandler@jacksonlewis.com>

Hi Steven,

Yes, you may affix my e-signature to both stipulations for dismissal.

Thanks.

Josh



**Joshua A. Sliker** (He/Him)
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460

Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

[Quoted text hidden]
[Quoted text hidden]